IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:10-CR-350-2-BR

| | |
|---|---|
| UNITED STATE OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| JOSEPH NADIR NELSON ) | |

This matter is before the court on defendant's "placeholder" motion. (DE # 171.) Defendant filed the motion to preserve his position to timely file a 28 U.S.C. § 2255 should the Fourth Circuit Court of Appeals allow his motion for authorization to file a second or successive § 2255 motion in this court. (See id. at 2-3.) The Fourth Circuit Court of Appeals recently denied defendant's motion for authorization. In re Nelson, No. 19-477 (4th Cir. Jan. 16, 2020). Therefore, defendant's placeholder motion is DENIED.

This 10 February 2020.

_____
W. Earl Britt
Senior U.S. District Judge